FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ JUN 20 2006 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
J&J SPORTS PRODUCTIONS, INC. as Broadcast
Licensee of the July 16, 2005 HOPKINS/TAYLOR
Program,

                            Plaintiff,

   -against-

GERARD J. LOUISIAS, JR., Individually and d/b/a
X-CLUSIVE HAIR CUTTERS a/k/a X-CLUSIVE
BARBER SHOP a/k/a EXCLUSIV, and X-CLUSIVE
HAIR CUTTERS a/k/a X-CLUSIVE BARBER SHOP
a/k/a XCLUSIV,

                           Defendants.
-------------------------------------------------------------------X

JUDGMENT
06-CV- 0339 (ERK)

        An Order of Honorable Edward R. Korman, United States District Judge, having been filed on June 14, 2006, adopting the Report and Recommendation of Magistrate Judge Ramon E. Reyes, dated May 16, 2006; denying plaintiff's request for auditor's fees; and directing the Clerk of Court to enter judgment awarding plaintiff $4,099.00, comprised of $2,500.00 in statutory damages and $1,599.00 in attorney's fees; it is

JUDGMENT
06-CV- 0339 (ERK)

ORDERED and ADJUDGED that the Report and Recommendation of Magistrate Judge Ramon E. Reyes is adopted; that plaintiff's request for auditor's fees is denied; and that judgment is hereby entered in favor of plaintiff, J&J Sports Productions, Inc. as Broadcast Licensee of the July 16, 2005 Hopkins/Taylor Program, and against defendants, Gerard J. Louisias, Jr., Individually and d/b/a X-Clusive Hair Cutters a/k/a X-Clusive Barber Shop a/k/a Exclusiv, and X-Clusive Hair Cutters a/k/a X-Clusive Barber Shop a/k/a Xclusiv, awarding plaintiff $4,099.00, comprised of $2,500.00 in statutory damages and $1,599.00 in attorney's fees.

Dated: Brooklyn, New York
      June 14, 2006

s/Robert C. Heinemann
ROBERT C. HEINEMANN
Clerk of Court